UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                    CASE NO. 06-40293-TLH4
                                          CHAPTER 13
MARY HELEN JAMES

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: BANK ONE, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 413983 in the amount of 20.40 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
       OFFICE OF THE CHAPTER 13 TRUSTEE
       POST OFFICE BOX 646
       TALLAHASSEE, FL 32302
       ldhecf@earthlink.net
       (850) 681-2734 "Telephone"
       (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| MARY HELEN JAMES<br>P.O. BOX 881<br>GRETNA, FL 32332-0881 | BANK ONE, N.A.<br>RAL DIVISION<br>P.O. BOX 272<br>WORTHINGTON, OH 43085 |

AND

J. RANDALL FRIER, ATTY.
1682 METROPOLITAN CIRCLE,
SUITE A
TALLAHASSEE, FL 32308

on the same date as reflected on the Court's docket as the electronic filing date for this document.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
5/31/2011  3:03 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE