**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

IN RE:                                    CASE NO. 06-40293-TLH4
                                          CHAPTER 13
MARY HELEN JAMES

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: BANK ONE, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417471 in the amount of 25.69 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the
foregoing has been furnished by electronic filing or first
class mail to:

| | |
|---|---|
| MARY HELEN JAMES | BANK ONE, N.A. |
| P.O. BOX 881 | RAL DIVISION |
| GRETNA,  FL  32332-0881 | P.O. BOX 272 |
| | WORTHINGTON, OH 43085 |
| AND | |

J. RANDALL FRIER, ATTY.
1682 METROPOLITAN CIRCLE,
SUITE A
TALLAHASSEE, FL 32308

on the same date as reflected on the Court's docket as the
electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
7/28/2011  2:27 pm / CR_213          OFFICE OF CHAPTER 13 TRUSTEE